# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

PATRICK GARCIA,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, INC.,,

    Defendant.

Case No. 17-cv-05863-BLF

**ORDER REQUESTING STATUS REPORT RE ADR PROCESS ON OR BEFORE OCTOBER 8, 2018**

Pursuant to the April 19, 2018 Case Management Order, the parties' deadline to meet and confer regarding an ADR process and file the requisite form was April 30, 2018. *See* ECF 27. No such form was filed. The parties indicated in their Joint Rule 26 report that they had an early mediation on April 18, 2018, and that they would conduct an additional mediation, if necessary, by September 30, 2018. *See* ECF 24. Accordingly, the Court hereby ORDERS the parties to file a joint status report regarding settlement **on or before October 8, 2018.**

    **IT IS SO ORDERED.**

Dated: October 1, 2018

_____
BETH LABSON FREEMAN
United States District Judge